UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

Case No.   **CV 22-5100-JFW(KSx)**                                                          Date:  August 8, 2022

Title:   Milestone Financial, LLC -v- Escrow Doc, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                 None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

   For the reasons stated in the Honorable Stephen I. Goorvitch's Order dated July 25, 2022, and because Defendant Egia Kapemyan was dismissed from Case Number BC640157 and thus has no standing to file a Notice of Removal in federal court, this action is hereby **REMANDED** to Los Angeles County Superior Court.

   IT IS SO ORDERED.